EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.

CEEG (Shanghai) Solar Science Technology Co., Ltd.,

    Petitioner,

v.

Lumos Solar LLC fka. Lumos LLC,

    Respondent.

### DECLARATION OF LIU QIAN IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT

I, Liu Qian, being of lawful age, hereby state and declare as follows:

1. I am an attorney licensed to practice law in China. I am an attorney at the law firm of King & Wood Mallesons. I represented CEEG (Shanghai) Solar Science & Technology Co., Ltd. ("Petitioner") in the arbitration case against LUMOS LLC ("Respondent"). I submit this declaration in support of Petitioner's Petition to Confirm Arbitration Award and for Entry of Judgment. The statements in this declaration are true to the best of my knowledge, information, and belief.

2. An arbitration award in *CEEG (Shanghai) Solar Science & Technology Co., Ltd. v. Lumos LLC* was entered on June 13, 2014 by the China International Economic and Trade Arbitration Commission Shanghai Branch (now renamed as "Shanghai International Economic Trade Arbitration Commission," also known as "Shanghai International Arbitration Center") ("Arbitration Award"), ordering the Respondent to pay:

    a. $1,372,445.10 for two outstanding payments for goods;

  b. $74,991.00 in interest for the overdue payment, along with the interest for the overdue payment calculated from March 8, 2013 to the actual payment date with the annual interest rate at 2.53%;

  c. $103,006.25 in costs due to changes in foreign currency exchange rates (converted from RMB633,489.67 based on the currency exchange rate as of September 29, 2014);

  d. $37,398.40 in attorneys' fees (converted from RMB230,000 based on the currency exchange rate as of September 29, 2014); and

  e. $33,041.29 in arbitration costs (converted from RMB203,203.80 based on the currency exchange rate as of September 29, 2014).

3.  A true and correct copy of the Arbitration Award in Chinese is attached hereto as **Exhibit A**, and a certified English translation is attached hereto as **Exhibit B**.

4.  A true and correct redacted copy of the Sale Contract between the Petitioner and Respondent, dated May 14, 2010, is attached to this declaration as **Exhibit C**. This redacted copy comprises the contract's cover page, arbitration provision, and signature page.

5.  I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed this 14 day of October, 2014 in Shanghai, China

[signature]