

**CONSULATE GENERAL OF THE**

**UNITED STATES OF AMERICA**

EXHIBIT *C to*

EXHIBIT *2*

PEOPLE'S REPUBLIC OF CHINA )
MUNICIPALITY OF SHANGHAI )
CONSULATE GENERAL OF THE )  SS
UNITED STATES OF AMERICA )

BEFORE ME, _____, VICE CONSUL OF THE
UNITED STATES OF AMERICA AT SHANGHAI, DULY COMMISSIONED AND QUALIFIED,
PERSONALLY APPEARED _____ Bin Zhang _____
WHO, BEING DULY SWORN, DEPOSES AND SAYS AS FOLLOWS:

*All the attached documents are true.*

_____
Zhang Bin
(SIGNATURE)

AND FURTHER THE DEPONENT SAITH NOT.

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___14th___ DAY OF
___Oct.___, 2014.

_____
(NOTARY PUBLIC)

CONSULAR COMMISSIONS DO NOT EXPIRE

American Consulate General
Shanghai China

案件号码：

呈：中国国际经济贸易仲裁委员会上海分会


中电电气（上海）太阳能科技有限公司


与


LUMOS，LLC


《销售合同》争议仲裁案


_____


# 证据


_____


中电电气（上海）太阳能科技有限公司


**2013 年 3 月 21 日**

█████

| ████ | ██████ | ██████ | ██ |
|---|---|---|---|
| ███ | ████ ████ ██ | ███████████████ | ██ |
| | | ████████████████ | ██ |
| ███ | █████████ ██ | | ██ |
| ███ | ███ ██████ █ | █ █ █ █ ████████ | ██ |
| ███ | ████████ | | ██ |
| ███ | ██ ██████ █ | █ █ █ █ █ ███████ | ██ |
| ███ | █████████ █ | | ██ |
| ███ | ██ ██████ █ | █ █ █ █ ████████ | ██ |
| ███ | ████████ | | ██ |
| ███ | ██████ █ | █ █ █ █ █ ████████ | ██ |
| ███ | ████ ██ ████ | █ █ ████ █ | ██ |
| ███ | ████ ██ ████ | █ █ ████ █ | ██ |
| ███ | ██ █ █ █ █ ███ | █ █ | ██ |
| ███ | █ █ █ █ █ ████ | | ██ |

# SALE   CONTRACT 销售合同

No. 合同号：S69020043

Signed at (签订地)：Shanghai, China

**The Seller（卖方）: CEEG (Shanghai) Solar Science Technology Co., Ltd.**

Address(地址):4H, Hongqiao Business Building, No. 2272, Hongqiao Rd, Shanghai, China

Tel（电话）：+86- 21-62376999-85

Fax（传真）：+86- 21-62377038

Contact Person(联系人)：Sally Fan

E-mail（邮箱）：sally.fan@ceeg.cn


**The Buyer(买方)：LUMOS**

Address(地址)：Colin T. Williams

3550 Frontier Avenue

Suite C-2

Boulder, Colorado 80301

Tel(电话)：303 449 2394

Fax(传真)：303 442 1829

Contact person（联系人）：Colin T. Williams

E-mail 邮箱：ciw@lumossolar.com

第 1 页 共 16 页

**1**





**C-1**



**4**







C-1

**C-1**









**C-1**





## 15. Arbitration 仲裁

Any dispute arising from or in connection with this Contract shall be settled through friendly negotiations. Failing that, then shall be submitted to China International Economic and Trade Arbitration Commission Shanghai Subcommission for arbitration which shall be conducted in accordance with the commission's arbitration rules in effect at the time of applying for arbitration. The arbitral award is final and binding upon both parties. The applicable law shall be the United Nations Convention on Contracts for the International Sale of Goods.

凡因本合同引起的或与本合同有关的任何争议，应通过友好协商解决。如未果，均应提交中国国际经济贸易仲裁委员会上海分会，按照申请仲裁时该会现行有效的仲裁规则进行仲裁。仲裁裁决是终局的，对双方均有约束力。准据法为《联合国国际货物销售公约》。





17.4 The Contract enters into effect after the last party's seal or signature. If the Contract is more than one page, the two paties shall seal on the perforation or seal or sign on each page. It is regarded as the signing of the Contract that each party may fax the signed or sealed Contract to the other party or may send the sacnned and signned or sealed Contract as the attachment to the email to the other party. Later, two paties exchange the orinignal paper Contract.

本合同自最后一方签字或盖章后生效。若合同超过一页，则要加盖骑缝章或在每一页上签字或盖章。一方签字或盖章后的本合同可以扫描件的形式作为电子邮件的附件或传真发送给对方，作为本合同的签订。以后双方再交换原始的纸质合同。

买方(The Buyer)：                            卖方(The Seller)：

签字/盖章(Signature/Seal)：           签字/盖章(Signature/Seal)：

时间（date）：                                      时间（date）：

第 16 页 共 16 页

**16**

C-1



**17**



AS CARRIER

**19**

**C-3**



**20**

C-4



**C-6**

**23**



出口货物报关单

C-8

