

EXHIBIT 3

# 公 证 书

中华人民共和国江苏省南京市南京公证处

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**Civil Action No.**

CEEG (Shanghai) Solar Science Technology Co., Ltd.,

    Petitioner,

v.

Lumos Solar LLC fka. Lumos LLC,

    Respondent.

## DECLARATION OF TRANSLATOR

I, Zhang Ying, being of lawful age, hereby state and declare as follows:

1. I am a translator at Nanjing College Translation Co., Ltd. ("Nanjing College Translation") in Nanjing, China. The statements in this declaration are true to the best of my knowledge, information, and belief.

2. I am approved by Nanjing College Translation to perform translations from Chinese to English. I have worked at Nanjing College Translation for _____.

3. Nanjing College Translation engaged me to conduct a translation of the arbitration award in *CEEG (Shanghai) Solar Science & Technology Co., Ltd. v. Lumos LLC* entered on June 13, 2014 by the China International Economic and Trade Arbitration Commission Shanghai Branch (now renamed as "Shanghai International Economic Trade Arbitration Commission," also known as "Shanghai International Arbitration Center") ("Arbitration Award").

4. I have transcribed a true and accurate English translation of the Arbitration Award, attached hereto as **Exhibit A**.

5.  I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed this ____ day of September 25, 2014.

_____Zhang Ying_____

Subscribed and sworn before me this ____ day of _____, 2014, by _____.

Witness my hand and official seal.

My commission expires: _____

_____
Notary Public

# 公 证 书

(2014)宁南证经外字第1729号

申请人：南京学府翻译有限公司，住址：南京市建邺区云龙山路88号B幢1001室，法定代表人：王成兵。

委托代理人：张影，女，公民身份号码：372923198410105442。

公证事项：印鉴、签名

兹证明前面的南京学府翻译有限公司于二〇一四年九月二十五日出具的《译者声明》（英文本）原件上的南京学府翻译有限公司印鉴及其翻译人员张影的签名均属实。

中华人民共和国江苏省南京市南京公证处

公证员 

二〇一四 年 九 月 二十九 日

59645988

# NOTARIAL CERTIFICATE

(2014)NNZ.JW.Zi,No.1729

Applicant: Nanjing College Translation Co., Ltd., Address: Apt. 1001, Building B, No. 88, Yunlongshan Road, Jianye District, Nanjing City, Legal Representative: Wang Chengbing.

Entrusted Agent: Zhang Ying, female, Citizen ID No. 372923198410105442.

Issue under notarization: seal and signature

This is to certify that both the seal of Nanjing College Translation Co., Ltd. and the signature of the translator Zhang Ying affixed to the foregoing original copy of the Declaration of Translator (the English copy) issued by Nanjing College Translation Co., Ltd. on September 25, 2014 are authentic.

Notary: Wang Ya(Signature)

Nanjing Notary Public Office

Nanjing City, Jiangsu Province

The People's Republic of China(Seal)

Sep.28, 2014

59645989

# 公　证　书

(2014)宁南证经外字第1730号

申请人：南京学府翻译有限公司，住址：南京市建邺区云龙山路88号B幢1001室，法定代表人：王成兵。

委托代理人：张影，女，公民身份号码：372923198410105442。

公证事项：译本内容与原本内容相符

兹证明前面的英文译本与(2014)宁南证经外字第1729号公证书中文原本内容相符。

中华人民共和国江苏省南京市南京公证处

公证员 

二〇一四 年 九 月 二十六 日

59645990

# NOTARIAL CERTIFICATE

(2014)NNZ.JW.Zi,No.1730

Applicant: Nanjing College Translation Co., Ltd., Address: Apt. 1001, Building B, No. 88, Yunlongshan Road, Jianye District, Nanjing City, Legal Representative: Wang Chengbing.

Entrusted Agent: Zhang Ying, female, Citizen ID No. 372923198410105442.

Issue under notarization: true and exact translation

This is to certify that the English translation of the Notarial Certificate (2014)NNZ.JW.Zi,No.1729 attached hereto is in conformity with the Chinese original.

Notary: Wang Ya(Signature)

Nanjing Notary Public Office

Nanjing City, Jiangsu Province

The People's Republic of China(Seal)

Sep.28, 2014

59645991