**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-3118

CEEG (Shanghai) Solar Science & Technology Co., Ltd.,

    Petitioner,

v.

LUMOS LLC, now known as LUMOS SOLAR LLC,

    Respondent.

---

**MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) IN CONNECTION WITH**
**PETITION TO CONFIRM ARBITRATION AWARD**
**AND FOR ENTRY OF JUDGMENT**

---

    Petitioner CEEG (Shanghai) Solar Science & Technology Co., Ltd. ("CEEG"), by and through its attorneys, Fairfield and Woods, P.C., pursuant to D.C.COLO.L.CivR 7.2 and in conjunction with their Petition to Confirm Arbitration Award and for Entry of Judgment (the "Petition") (Dkt. #1), hereby submits this Motion to Restrict Public Access (Level 1) in Connection with Petition to Confirm Arbitration Award and for Entry of Judgment ("Motion") and moves the Court for an Order restricting access to Level 1 for the unredacted Sales Contract identified in CEEG's Petition as Exhibit 3 and attached hereto.  In support of this Motion, Petitioner states as follows:

    1.    Concurrent with this Motion, Petitioner filed a Petition seeking confirmation of an international arbitral award issued in an arbitration between Petitioner and Respondent LUMOS

LLC, now known as LUMOS SOLAR LLC ("LUMOS").  Petitioner strived to comply with this Court's policy favoring public disclosure of court filings by drafting the Petition in a manner suitable for public disclosure and relying on a redacted, but still publicly disclosed, version of the Sales Contract.  Despite these efforts, the Sales Contract is statutorily required to accompany a petition to confirm, and therefore confidential treatment of the unredacted version is required.

2. Petitioner has specifically identified the unredacted Sales Contract as the document requiring Level 1 restricted access.  The Sales Contract contains the arbitration clause compelling arbitration as well as other non-public business information that, if disclosed, would breach the confidentiality clause contained in the Sales Contract.  *See* Sales Contract, ¶ 14.

3. Such non-public business information is a proper subject matter for restriction. *See SBM Site Servs. v. Garrett*, No. 10-cv-00385-WJM-BNB, 2011 WL 1375117, *3 (D. Colo. April 12, 2011).  The parties' interest in maintaining trade secrets and proprietary information outweighs the public's interest in access as access could harm Petitioner or Respondent's competitive standing.

4. No further alternatives to restricted access are practicable.  Petitioner publicly filed the Petition, which disclosed summarized information to the extent practicable.  Petitioner also filed a redacted version of the Sales Contract to the extent practicable.  The unredacted Sales Contract, however, contains information necessary to the Court's consideration of the Petition, as it is an exhibit required by statute to accompany a petition to confirm an arbitration award. Alternatives to this Motion, including further redactions, summarization, or elimination of the exhibit, could impair the Court's ability to consider the Petition.  Such alternatives could also

-3-

compromise Petitioner's ability to comply with their statutory filing requirements and the Sales Contract confidentiality provision.

5. Petitioner accordingly requests the Court afford Level 1 restricted access to the Sales Contract.

WHEREFORE, Petitioner respectfully moves the Court to order that the unredacted Sales Contract, attached as Exhibit 3 to CEEG's Petition to Confirm Arbitration Award and for Entry of Judgment, be restricted to Level 1 access. Petitioner has attached a proposed order.

Respectfully submitted this ____ day of November, 2014.

                                  FAIRFIELD AND WOODS, P.C.


By: *s/ John S. Lutz*
John S. Lutz, Reg. #0870
Courtney P. Hirsekorn, Reg. #46510
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
(303) 830-2400
(303) 830-1033 (fax)
Email: jlutz@fwlaw.com
chirsekorn@fwlaw.com

ATTORNEYS FOR THE PETITIONER