UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:14-cv-3118-WYD-MEH

CEEG (Shanghai) Solar Science & Technology Co., Ltd.,

    Petitioner,

v.

LUMOS LLC, now known as LUMOS SOLAR LLC,

    Respondent.

## SUMMONS IN A CIVIL ACTION

TO:    LUMOS SOLAR LLC
    3550 Frontier Avenue, #C2
    Boulder, CO 80301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the petitioner an answer to the attached petition or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the petitioner or petitioner's attorney, whose name and address are:    John S. Lutz, Esq.
    Fairfield and Woods, P.C.
    1801 California Street, Suite 2600
    Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the petition. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 25, 2014

s/E, Van Alphen, Deputy Clerk
Signature of Clerk or Deputy Clerk