## AFFIDAVIT OF SERVICE

State of Colorado                       County of                       Court

Case Number: 1:14 CV 3118 WYD-MEH

Plaintiff:
**CEEG (Shanghai) SOLAR SCIENCE & TECHNOLOGY CO, LTD.**
vs.
Defendant:
**LUMOS, LLC, now known as LUMOS SOLAR LLC**

For:
FAIRFIELD AND WOODS, P.C.
1801 California St., Suite 2600
Denver, CO 80202-2645

Received by CLT PROFESSIONAL SERVICES, LLC. to be served on **LUMOS LLC N/K/A LUMOS SOLAR LLC**.

I, Christopher Lacey, being duly sworn, depose and say that on the **26th day of November, 2014** at **2:26 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT WITH EXHIBITS 1, 2, 2A, 2B, 2C, 4, and 4A, PROPOSED ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT, MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) IN CONNECTION WITH PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMETN WITH EXHIBIT 3 AND PROPOSED ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) IN CONNECTION WITH PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENTS, NOTICE OF FILING OF CORRECTED EXHIBITS TO PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT WITH EXHIBITS 4 and 4A, INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE, MINUTE ORDER, NOTICE OF FILING OF CORRECTED EXHIBIT C TO EXHIBIT 2 TO PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT WITH EXHIBIT C TO EXHIBIT 2** with the date and hour of service endorsed by me, was served on: **SCOTT FRANKLIN** as **REGISTERED AGENT** for **LUMOS LLC N/K/A LUMOS SOLAR LLC**, at HIS USUAL PLACE OF BUSINESS **3550 FRONTIER AVE., #C2, BOULDER, CO 80301**, in the county of **BOULDER**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action

Subscribed and Sworn to before me on the 2nd day of December, 2014 by the affiant.

NOTARY PUBLIC

Expiration _____

ALENA A MORGAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104022173
MY COMMISSION EXPIRES AUGUST 2, 2018

Christopher Lacey
Process Server

CLT PROFESSIONAL SERVICES, LLC.
8774 Yates Drive
Suite 260
Westminster, CO 80031
(303) 666-6514
Our Job Serial Number: 2014005005
Ref: 11957.001
Service Fee: $45.00