IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03118-WYD-MEH

CEEG (SHANGHAI) SOLAR SCIENCE & TECHNOLOGY CO., LTD.,

    Petitioner,

v.

LUMOS LLC a/k/a Lumos Solar LLC,,

    Respondent.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 8, 2014.**

    Pursuant to D.C. Colo. LCivR 7.2(b), Petitioner's Unopposed Motion to Restrict Public Access (Level 1) in Connection with Petition to Confirm Arbitration Award and for Entry of Judgment [filed December 2, 2014; docket #14] is **granted**.  The Clerk of the Court is directed to maintain under seal at Restriction Level 1 docket #14-1 until further order of the Court.