IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 14-cv-03118-WYD-MEH

CEEG (Shanghai) SOLAR SCIENCE & TECHNOLOGY CO., LTD.,

Plaintiff,

v.

LUMOS LLC, now known as LUMOS SOLAR LLC,

Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Thomas J. Overton of The Overton Law Firm hereby enters his appearance on behalf of Defendant, Lumos LLC, now known as Lumos Solar LLC.

Respectfully submitted this 26th day of May, 2015

THE OVERTON LAW FIRM

By: [signature]

Thomas J. Overton
1080 Kalamath Street
Denver, CO 80204
Phone: (303) 832-1120
Fax: (303) 832-5303
Email: tom.overton@overtonlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 26, 2015, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was served via CM/ECF on the following:

Courtney Paige Hirsekorn
John Shafroth Lutz
Fairfield & Woods, P.C.
*chirsekorn@fwlaw.com*
*jlutz@fwlaw.com*
*Attorneys for CEEG*

Meghan Paulk Ingle
James R. Nelson
DLA Piper US, LLP
*Meghan.PaulkIngle@dlapiper.com*
*jr.nelson@dlapiper.com*
*Attorneys for Lumos LLC*

*s/Thomas J. Overton*
The Overton Law Firm