**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

Courtroom Deputy:   Robert R. Keech          Date:   May 27, 2015
E.C.R./Reporter:      Gwen Daniel

---

Civil Action No:   **14-cv-03118-WYD-MEH**          Counsel:

**CEEG (Shanghai) SOLAR SCIENCE &**          John S. Lutz
**TECHNOLOGY CO., LTD.,**                        Courtney P. Hirsekorn

                  Plaintiff,

v.

**LUMOS LLC, now known as LUMOS**          Thomas J. Overton
**SOLAR LLC**,                                  Meghan P. Ingle

                  Defendant.

---

**COURTROOM MINUTES**

---

**IN COURT HEARING:  PETITION TO ENFORCE ARBITRATION AWARD AND FOR ENTRY
OF JUDGMENT**

**1:36 p.m.**      Court in Session

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

              Petition to Enforce Arbitration Award and for Entry of Judgment [ECF Doc. No.
              2], filed November 20, 2014, and Respondent's Motion to Dismiss Petition to
              Confirm Arbitration Award and Opposition to Petitioner's Motion for Entry of
              Judgment [ECF Doc. No. 22], filed January 7, 2015, are raised for argument.

1:52 p.m.      Argument by Petitioner (Mr. Lutz).

2:10 p.m.      Argument by Respondent (Ms. Ingle).

-1-

2:14 p.m.        Respondent's witness **Scott David Franklin** sworn.

Direct examination by Respondent (Mr. Overton).
***EX ID:***          ***A, B***

**Exhibit(s) A, B RECEIVED.**

2:35 p.m.        Cross examination by Petitioner (Mr. Lutz).

3:02 p.m.        Court's examination of witness.

3:07 p.m.        Respondent rests.

3:08 p.m.        Argument by Respondent (Ms. Ingle).

3:16 p.m.        Argument by Petitioner (Mr. Lutz).

Court makes findings.

**ORDERED:**     Petition to Enforce Arbitration Award and for Entry of Judgment [ECF Doc. No. 2], filed November 20, 2014, is **DENIED.**

**ORDERED:**     Respondent's Motion to Dismiss Petition to Confirm Arbitration Award and Opposition to Petitioner's Motion for Entry of Judgment [ECF Doc. No. 22], filed January 7, 2015, is **GRANTED.**

Court indicates that a written order shall follow.

**3:37 p.m.**        Court in Recess - HEARING CONCLUDED.

**CLERK'S NOTE:**        **EXHIBITS A and B WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:  2:01**