IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-03118-WYD-MEH

CEEG (Shanghai) SOLAR SCIENCE & TECHNOLOGY CO., LTD.,

    Plaintiff,

v.

LUMOS LLC, now known as LUMOS SOLAR LLC,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on May 29, 2015, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Lumos LLC, now known as Lumos Solar LLC, and against Plaintiff, CEEG (Shanghai) Solar Science & Technology Co., Ltd., on Defendant's Motion to Dismiss Petition to Confirm Arbitration Award [ECF Doc. No. 22].  It is further

ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is further

ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 24th day of June, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk